## Erswell Co. *et al.* DeWhiting.

APPEAL from Birmingham City Court.
Tried before the Hon. W. W. WILKERSON.

F. S. FERGUSON, for appellant.

J. W. BUSH, for appellee.

This was an action brought by the appellee against the Erswell Company to recover damages for personal injuries alleged to have been caused by reason of the negligence of the defendant or its employees.

There were verdict and judgment for the plaintiff, and from this judgment the defendant appeals.

The judgment is affirmed.

Opinion by MCCLELLAN, C. J.

---

## Alex Rice & Son v. Carr.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

JOHN W. A. SANFORD, JR., LOMAX, CRUM & WEIL, for appellants.

W. W. PEARSON, for appellee.

This was a statutory trial of the right of property. Alex. Rice & Son recovered judgment against one G. W. Carr. Upon this judgment an execution was issued and levied upon the property involved in this suit, and, thereupon the appellee, J. M. Carr, interposed a claim thereto. Upon the interposition of this claim, issue was made up as directed by the statute, and the trial was had.

There were verdict and judgment for the claimant. The judgment is reversed and cause remanded.